Per Curiam.

(No. 6956)

Continental Oil Company, Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed February 1, 1973.*

Continental Oil Company, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.